CO 939
Rev. 9/2017

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

AFRICA GROWTH CORPORATION
       Plaintiff(s)

vs.                                       Civil Action No.: __17cv2469-BAH__

REPUBLIC OF ANGOLA et al
       Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __28th__ day of __January__, 20 __19__, I mailed:

1. [X] One copy of the  summons and complaint   by  FedEx  , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. [ ] One copy of the  summons, complaint and notice of suit  , together with a translation of each into the official language of the foreign state, by  registered mail, return receipt requested , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. [ ] Two copies of the  summons, complaint and notice of suit , together with a translation of each into the official language of the foreign state, by  certified mail, return receipt requested  , to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. [ ] One copy of the  summons and complaint  , together with a translation of each into the official language of the foreign state, by  registered mail, return receipt requested  , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By:  __/s/ Reginald D. Johnson__
           Deputy Clerk