RETAIN THIS COPY FOR YOUR RECORDS.

08/13

**Sender's Copy**

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

PART 158404 Rev. Date 11/08
©1994–2009 FedEx
PRINTED IN U.S.A. RRDA

568

Form ID No. 0402

**FedEx Express** International Air Waybill
For FedEx services worldwide.

**1 From** *Please print and press hard.*

Date

Sender's FedEx Account Number  3868-3034-7

Sender's Name _____ Phone _____

Company  U.S. District Court for the District of Columbia

Address  333 Constitution Avenue N.W.

Address  Washington D.C. 20001   17cv 2469

City _____

Province _____

ZIP Postal Code _____

Country _____

**2 To**

Recipient's Name  Natasha Andrade Santos   Phone _____

Company _____

Address  Sector Salga No. 54, Zona 1

Address  Bairro Ilha do Cabo

Dept./Floor _____

City  Luanda

State Province _____

ZIP Postal Code _____

Country  AngOLA

Recipient's Tax ID Number for Customs Purposes
e.g. GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages _____

Total Weight _____ ☐ lbs. ☐ kg   DIM _____ × _____ × _____ ☐ in. ☐ cm

Has EEI been filed in AES?
*For U.S. Export Only. Check One*
☐ No EEI required, value $2,500 or less per Sch. B Number,
  no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number: _____   If other than NLR, enter License Exception:
☐ Yes – Enter AES proof of filing citation:

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| | | | |

Total Declared Value for Carriage _____

Total Value for Customs (Specify Currency) _____

**4 Express Package Service**   Packages up to 150 lbs./68 kg
*For packages over 150 lbs./68 kg, use the FedEx Expanded Service Intl. Air Waybill*

☐ FedEx Intl. Priority
☐ FedEx Intl. First  *Available to select locations.*
☐ FedEx Intl. Economy  *FedEx Envelope and FedEx Pak rate not available.*

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

**5 Packaging**
☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☐ Other _____  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6 Special Handling**
☐ HOLD at FedEx Location  ☐ SATURDAY Delivery  *Available to select locations for FedEx Intl. Priority only.*

**7 Payment**   Bill transportation charges to:
Complete payment options for both transportation charges and duties and taxes.

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash Check/Cheque  *FedEx Use Only*

FedEx Acct. No. _____
Credit Card No. _____
Credit Card Exp. Date _____

**Bill duties and taxes to:**
ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.
☐ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party
FedEx Acct. No. _____

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:
*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

FedEx Tracking Number  8042 9671 4450

**Ship and track packages at fedex.com**

Questions? Go to our Web site at fedex.com.

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2008 FedEx

Or in the U.S., call 1.800.GoFedEx 1.800.463.3339. Outside the U.S., call your local FedEx office.

PACKAGE LABEL
804296714450

COMMERCIAL INVOICE LABEL
804296714450

DELIVERY RECORD LABEL
804296714450

DELIVERY REATTEMPT LABEL
804296714450

RETAIN THIS COPY FOR YOUR RECORDS.

08/13

**Sender's Copy**

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

PART 158410 Rev. Date 11/08
©1994-2008 FedEx
PRINTED IN U.S.A. RRDA

568  0402

# FedEx Express International Air Waybill
For FedEx services worldwide.

## 1 From  *Please print and press hard.*

Date

Sender's FedEx Account Number  **3868 - 3034 - 7**

Sender's Name _____ Phone _____

Company  **U.S. District Court for the District of Columbia**

Address  **333 Constitution Avenue N.W.**

Address  **Washington D.C. 20001**  **17cv2469**

City _____ State/Province _____

Country _____ ZIP/Postal Code _____

## 2 To

Recipient's Name  **Miguel Kehehele Andrade**  Phone _____

Company _____

Address  **Sector Salga No. 54, Zona 1**  Dept./Floor _____

Address  **Bairro Ilha do Cabo**  State/Province _____

City  **Luanda** _____  ZIP/Postal Code _____

Country  **ANGOLA**

Recipient's Tax ID Number for Customs Purposes
e.g. GST/RFC/VAT/EIN/ABN, or as locally required.

## 3 Shipment Information

☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

| Total Packages | Total Weight | lbs. ☐ kg ☐ |
| --- | --- | --- |

DIM ___ / ___ / ___  in. ☐ cm ☐

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
| --- | --- | --- | --- |
| | | | |
| | | | |

| Total Declared Value for Carriage | Total Value for Customs (Specify Currency) |
| --- | --- |
| | |

Has EEI been filed in AES?
☐ No EEI required; value $2,500 or less per Sch. B Number; no license required (NLR), not subject to ITAR.
☐ No EEI required; enter exemption number: _____
If other than NLR, enter License Exception: _____
☐ Yes — Enter AES proof of filing citation: _____

## 4 Express Package Service

☐ FedEx Intl. Priority
☐ FedEx Intl. First  Available to select locations.
☐ FedEx Intl. Economy  FedEx Envelope and FedEx Pak rate not available.

*Packages up to 150 lbs./68 kg*
For packages over 150 lbs./68 kg, use the FedEx Expanded Service Intl. Air Waybill.

## 5 Packaging

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other
☐ FedEx 10kg Box*
☐ FedEx 25kg Box*

## 6 Special Handling

☐ HOLD at FedEx Location
☐ SATURDAY Delivery  Available to select locations for FedEx Intl. Priority only.

## 7 Payment  *Bill transportation charges to:*

Complete payment options for both transportation charges and duties and taxes.

Enter FedEx Acct. No. or Credit Card No. below.
☐ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash Check/Cheque  FedEx Use Only

FedEx Acct. No. _____
Credit Card No. _____
Credit Card Exp. Date _____

*Bill duties and taxes to:*
ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
☐ Sender Acct. No. in Section 1 will be billed.  Enter FedEx Acct. No. below.
☐ Recipient
☐ Third Party

FedEx Acct. No. _____

## 8 Your Internal Billing Reference
First 24 characters will appear on invoice.  OPTIONAL

## 9 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: _____
*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

Form ID No. _____

FedEx Tracking Number  **8042 9671 4440**

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.GoFedEx 1.800.463.3339. Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill ©1994–2008 FedEx

**Ship and track packages at fedex.com**

PACKAGE LABEL  8042961744440
COMMERCIAL INVOICE LABEL  8042961744440
DELIVERY RECORD LABEL  8042961744440
DELIVERY REATTEMPT LABEL  8042961744440

# FedEx Express
## International Air Waybill
For FedEx services worldwide.

**1 From** *Please print and press hard.*

Date

Sender's FedEx Account Number **3868 - 3034 - 7**

Sender's Name

Phone

Company **U.S. District Court for the District of Columbia**

Address **333 Constitution Avenue N.W.**

Address **Washington D.C. 20001**    **17 cv 2469**

City                    State Province

Country                 ZIP Postal Code

**2 To**

Recipient's Name **Antonio Francisco Andrade**    Phone

Company

Address **Sector Salga No. 54, Zona 1**    Dept/Floor

Address **Bairro Ilha do Cabo**

City **Luanda**    State Province

Country **ANGOLA**    ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g. GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

Total Packages Shipper's Load and Count/SLAC    Total Weight

☐ For EU Only. Tick here if goods are not in free circulation and provide C.I.

lbs. ☐ kg ☐    DIM    in. ☐ cm ☐

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|

**Has EEI been filed in AES?**
For U.S. Export Only. Check One

☐ No EEI required, enter exemption number.
☐ Yes - Enter AES proof of filing citation:

☐ No EEI required, value $2500 or less per Sch. B Number, no license required (NLR) not subject to ITAR.    If other than NLR, enter License Exception:

| Total Declared Value for Carriage | Total Value for Customs (Specify Currency) |
|---|---|

**4 Express Package Service**

☐ FedEx Intl. Priority

☐ FedEx Intl. First
Available to select locations.

☐ FedEx Intl. Economy
FedEx Envelope and FedEx Pak rate not available.

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

**Packages up to 150 lbs./68 kg**
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

**5 Packaging**

☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7 Payment**    *Bill transportation charges to:*

Complete payment options for both transportation charges and duties and taxes.

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque
FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9 Required Signature**

ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

For Completion instructions, see back of fifth page.

FedEx Tracking Number    **8042 9671 4428**

**Ship and track packages at fedex.com**

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.GoFedEx 1.800.463.3339. Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2008 FedEx

PART 158410•Rev. Date 11/08
©1994–2008 FedEx
PRINTED IN U.S.A. RRDA

Form ID No. **0402**

**568**

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

PACKAGE LABEL
**8042967144428**

COMMERCIAL INVOICE LABEL
**8042967144428**

DELIVERY RECORD LABEL
**8042967144428**

DELIVERY REATTEMPT LABEL
**8042967144428**