**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Africa Growth Corporation             ) | |
|                                        ) | |
|         Plaintiff,                     ) | |
|                                        ) | |
| v.                                     ) | Case No: 17-cv-2469 |
|                                        ) | |
| Republic of Angola, *et al.*           ) | |
|                                        ) | |
|         Defendants.                    ) | |
|                                        ) | |

**PLAINTIFF AFRICA GROWTH CORPORATION'S STATUS REPORT AND REQUEST FOR BRIEF ADDITIONAL EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER REGARDING SERVICE OF PROCESS ON DEFENDANTS ANTÓNIO FRANCISCO ANDRADE, MIGUEL KENEHELE ANDRADE, AND NATASHA ANDRADE SANTOS**

Plaintiff Africa Growth Corporation ("Plaintiff" or "AFGC"), hereby informs the Court of the current status of efforts to effect service of process of the Summons and Complaint on Defendants António Francisco Andrade, Miguel Kenehele Andrade, and Natasha Andrade Santos (collectively, the "Andrade Defendants") and requests an additional brief extension of time to complete service of process and file proof thereof, as follows:

1. The Court entered its last Minute Order on February 21, 2019, granting a brief additional extension of time for AFGC to comply with the Court's Order directing AFGC to effect service on the Andrade Defendants by March 13, 2019.

2. Since February 21, 2019, AFGC has taken several steps and should be near completion of service of process on the Andrade Defendants. On February 26, 2019, the Clerk of the Court acknowledged receipt of AFGC's renewed request to effect service of process on the Andrade Defendants, filing a copy of undersigned counsel's request on the case docket [DE 58].

3. On February 28, 2019, the Clerk of the Court issued its certificate of mailing one copy of the summons and complaint upon each of the Andrade Defendants by DHL [DE 59].

4. Since then, AFGC, through its counsel, has remained in continuous contact with DHL in an effort to provide all possible information to complete the delivery of the Summons and Complaint to the precise location of the Andrade Defendants' residence. As of March 13, 2019, a DHL representative represented to AFGC's counsel that delivery would occur today. Tracking information for the three packages reflects that DHL has scheduled the packages for delivery. *See* **Composite Exhibit A**, DHL Tracking Information.

5. Based on this information, AFGC expects delivery of the three packages should have occurred, or if not, should occur within one week. AFGC respectfully requests an extension of time until **Friday, March 22, 2019**, to complete this pending service of the summons and complaint upon the Andrade Defendants through DHL, and accordingly, to inform the Court.

6. To the extent that DHL is unable to complete delivery of these packages within the proposed timeframe, AFGC will file a request seeking leave to effect service of process on the Andrade Defendants through an alternative means.

7. AFGC's request for a brief additional extension of the deadline to comply with the Court's Order regarding service is in good faith and not made for any dilatory or other improper purpose. No prejudice will result from granting this brief extension of time.

WHEREFORE, Plaintiff AFGC respectfully requests an extension of time until Friday, **March 22, 2019**, to comply with the Court's Order regarding service of process on the Andrade Defendants, and for any further relief that the Court deems just under the circumstances.

Dated: March 13, 2019                                Respectfully submitted,

By: */s/ Kristin Drecktrah Paz*
Harold E. Patricoff (*Pro Hac Vice*)
Florida Bar No. 508357
hpatricoff@shutts.com
Kristin Drecktrah Paz (*Pro Hac Vice*)
Florida Bar No. 91026
kpaz@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Tel.: (305) 358-6300
Fax: (305) 381-9982

Anthony F. Cavanaugh
D.C. Bar No: 482760
LINOWES & BLOCHER LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814
Tel.: (301) 961-5191
acavanaugh@linowes-law.com

*Attorneys for Plaintiff, Africa Growth Corporation*